UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04085-SVW-DFM | Date | July 22, 2026 |
| Title | *Dung Van Nguyen v. Department of Homeland Security et al* | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | |
|---|---|
| Daniel Tamayo | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DENYING PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDER [1]

Before the Court is Petitioner Dung Van Nguyen's request for a temporary restraining order ("TRO") in an immigration-related habeas corpus action. ECF No. [1]. The Central District of California's General Order No. 26-05 recently articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Petitioner's request is therefore DENIED.

**IT IS SO ORDERED.**

:

Initials of Preparer DTA