UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04085-SVW-DFM | Date: | August 17, 2026 |
| Title | Dung Van Nguyen v. Department of Homeland Security, et al. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING SUPPLEMENTATION OF THE RECORD AND SETTING FURTHER BRIEFING**

Petitioner Dung Van Nguyen filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 on July 20, 2026. See Dkt. 1. Respondents filed an Answer on July 28, 2026, supported by a declaration and exhibits. See Dkt. 7. Having reviewed the Petition, the Answer, and the supporting materials, the Court concludes that it cannot resolve the Petition on the present record.

For the reasons set forth below, the Court **ORDERS** the parties to supplement the record and to submit further briefing on the schedule stated in this Order.

1. Within seven (7) days of the date of this Order, Respondents shall lodge: (a) the complete decision and records authorizing Petitioner's release in 2010; (b) the complete record concerning the July 2, 2026 revocation of release and Petitioner's continued detention, including the revocation notice, any interview notice of record, custody-review materials, and any interim or final revocation or continued-detention decision; and (c) all material records concerning removal efforts undertaken after the filing of the Answer, including the status of the travel-document request, any response or communication from Vietnam concerning Petitioner, any issued travel document, and any removal itinerary or next steps.

2. Within seven (7) days of the date of this Order, Respondent shall file a Supplemental Answer, not to exceed fifteen (15) pages, addressing (a) the statutory and regulatory basis for Petitioner's 2010 release, including whether the release occurred under 8 C.F.R. § 241.4 or § 241.13 and the significance of ICE's invocation of § 241.13(i) in the July 2026 revocation notice; (b) the allocation of the burden concerning changed circumstances and the significant likelihood of removal in the reasonably foreseeable future; (c) whether

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Respondents complied with 8 C.F.R. § 241.13(i) and what process the Fifth Amendment required under the circumstances presented here; and (d) Petitioner's request for a custody hearing at which the Government would bear the burden of proof.

3. Petitioner may file a Supplemental Reply within seven (7) days after Respondents' Supplemental Answer is filed.

4. The Petition remains under submission. No hearing is set at this time.