JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DUNG VAN NGUYEN,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY et al.,<br>Respondents. | Case No. 5:26-cv-04085-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order granting in part the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition is GRANTED IN PART.

2. Respondents shall, within fourteen (14) days, provide Petitioner Dung Van Nguyen (A# 025-017-780) the informal interview required by 8 C.F.R. § 241.13(i)(3) and, to the extent applicable, 8 C.F.R. § 241.4(l)(1) and (l)(3); permit Petitioner to respond to the reasons for revocation and to submit evidence; and determine whether the facts warrant revocation of release and continued detention.

3. Respondents shall file a notice of compliance within three (3) court days after completing that process.

4. Petitioner's request for release is DENIED without prejudice.

5. Petitioner's request for a custody hearing at which the Government bears the burden of proof by clear and convincing evidence is DENIED without prejudice.

6. The portion of the Petition seeking to prevent or condition Petitioner's removal, including removal to a third country, is DISMISSED without prejudice for lack of jurisdiction.

Date: October 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge